1  John Doe
2  Registered Agents Inc.
3  1401 21st St. STE R
4  Sacramento, CA 95811
5  Pro Se Plaintiff
6
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
11 JOHN DOE                          )
12                                   )        Case No.: 3:24-cv-02398-LB
13         Plaintiff,                )
14                                   )        FIRST AMENDED EXHIBIT A
15         vs.                       )
16                                   )
17 UNITED STATES FOOD AND DRUG       )
18 ADMINISTRATION,                   )        Before The Honorable Laurel Beeler
19 ROBERT MCKINNON CALIFF, in his official )
20 capacity as Commissioner, United States Food )
21 and Drug Administration, TRADER JOE'S )
22 COMPANY, TARGET CORPORATION,      )
23 SAFEWAY INC., and VITAMIN COTTAGE )
24 NATURAL FOOD MARKETS INC.         )
25                                   )
26         Defendants.               )
27 _____)
28

29     This exhibit illustrates images of the seafood products contaminated with mercury that

30 defendants Trader Joe's Company ("Trader Joe's"), Target Corporation ("Target"), Safeway Inc.

31 ("Safeway"), and Vitamin Cottage Natural Food Markets Inc. ("Natural Grocers") are currently

32 selling to consumers without posting any informational mercury level, potential health risk

33 warnings, or consumption limit labels on packaging.



1

2      An image of a swordfish steak that defendant Trader Joe's is currently selling in its stores.



1
2       An image of a swordfish steak that defendant Trader Joe's is currently selling in its stores.



1

2        An image of an ahi tuna steak that defendant Trader Joe's is currently selling in its stores.



1

2      An image of an ahi tuna steak that defendant Trader Joe's is currently selling in its stores.



1

2        An image of a yellowfin tuna steak that defendant Target is currently selling in its stores.



An image of a yellowfin tuna steak that defendant Target is currently selling in its stores.



1

2    An image of a canned skipjack tuna that defendant Target is currently selling in its stores.



1

2     An image of a canned skipjack tuna that defendant Target is currently selling in its stores.

3



1

2       An image of a canned albacore tuna that defendant Target is currently selling in its stores.

1



2       An image of a canned albacore tuna that defendant Target is currently selling in its stores.

1



2    An image of a canned skipjack wild tuna that defendant Safeway is currently selling in its stores.



1

2  An image of a canned skipjack wild tuna that defendant Safeway is currently selling in its stores.

1

2



An image of a canned yellowfin tuna that defendant Safeway is currently selling in its stores.

1

2



An image of a canned yellowfin tuna that defendant Safeway is currently selling in its stores.



1

2    An image of a canned albacore tuna that defendant Safeway is currently selling in its stores.



1

2     An image of a canned albacore tuna that defendant Safeway is currently selling in its stores.



1
2   An image of a yellowfin tuna steak that defendant Natural Grocers is currently selling in its
3   stores.

An image of a yellowfin tuna steak that defendant Natural Grocers is currently selling in its stores.

1

2   Dated July 18, 2024.                                    Respectfully submitted,

3                                                           */s/ John Doe*

4                                                           By: John Doe
5                                                           Registered Agents Inc.
6                                                           1401 21st St. STE R
7                                                           Sacramento, CA 95811
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I have caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

This amended exhibit will be served on the new defendant Natural Grocers upon issuance of the summons by the Court.

Dated: July 18, 2024.                                          Respectfully submitted,


*/s/ John Doe*

By: John Doe
Registered Agents Inc.
1401 21st St. STE R
Sacramento, CA 95811